UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  3:11-bk-01530-JAF

JENNIFER M HARRISON and
MOSES HARRISON

Chapter 13

_____ Debtors    /

## NOTICE OF PLAN PAYMENT CHANGE
*This Notice supercedes any previous Notices filed*

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this mater without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan Street, #3-350, Jacksonville, Florida 32202, and serve a copy on Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, Florida 32201-4308 and Debtors and Debtors' attorney at the addresses listed below.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, will consider the paper without further notice or hearing, and may grant the relief requested.

---

.

This notice is occasioned by a Notice of Increase Mortgage Payments received by the Trustee and/or filed with the Bankruptcy Court by <u>BAC HOME LOANS</u> (Doc. No. 0).

**THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENTS IS WITH THE PAYMENT DUE: August 2011**

|  | Former | New (with additional Trustee fee calculated) |
|---|---|---|
| Mortgage Payment | $1451.34 | **$1723.84 Effective August 2011** |
| Your payment to the Trustee | $2327.00 | **$2629.78 Effective August 2011** |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that a true and correct copy of the foregoing was sent by U. S. Mail or electronic delivery this 20th day of October, 2011 to the following interested parties:

Labella Law Pl, 1665 Kingsley Ave, Ste 108  Orange Park, FL 32073
Bac Home Loans, Fka Countrywide Home, 7105 Corporate Dr, Ptx B209, Plano, TX  75024
Jennifer M Harrison, 9268 Sharnbrook Lane, Jacksonville, FL 32244

    /s/ Douglas W. Neway

DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida
32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038


Jennifer M Harrison
9268 Sharnbrook Lane
Jacksonville, FL 32244

**Bank of America** Case 3:11-bk-01530-JAF Doc 35 Filed 10/20/11 Page 3 of 6 01/2011
Home Loans
Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

**Account Number** 870651965
Property address
9268 Sharnbrook Ln.

11-01530

JENNIFER M HARRISON
MOSES HARRISON
9268 Sharnbrook Ln
Jacksonville FL 32244-0700

**FOR INFORMATION PURPOSES**     FOR CUSTOMER SERVICE: 1.866.653.6183

**IMPORTANT NOTICE**

This informational notice is being sent to the following borrowers at address set forth above in reference to the Chapter 13 Bankruptcy filing:
JENNIFER M HARRISON, MOSES HARRISON

If you do not want us to send your monthly statements in the future, please contact us at 1.800.669.5224.

**If You Are Currently a Debtor in a Bankruptcy:**
This statement is being furnished for informational purposes only and should not be construed as an attempt to collect against you personally. While your obligation to Bank of America, N.A. may be discharged, by operation of law, Bank of America, N.A. has retained the ability to enforce its rights against the property securing this loan should there be a default.

If you are presently involved in a Chapter 11 or Chapter 13 proceeding, please be advised that you are required to obey all orders of the Court, including those confirming or modifying the terms of your repayment plan. You may disregard the payment information/coupon below to the extent it conflicts with any order or requirement of the Court.

This is not a statement of the amount necessary to pay off your loan.

| HOME LOAN SUMMARY | Home loan overview as of 07/01/2011 | | Amount due on 08/01/2011 as of 07/01/2011 | |
|---|---|---|---|---|
| | Principal Balance | $205,690.99 | Home loan payment due 08/01/2011 | $1,723.84 |
| | Escrow balance | -$6,033.05 | Partial payment balance | 1,499.99 |
| | | | (see next page for account details) | |

Calls may be monitored or recorded to ensure quality service. We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to applicable law.

**PAYMENT INSTRUCTIONS**
1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence
   - include coupon with payment
2. Write the account number on the check or money order.
3. Make the check payable to
   **Bank of America, N.A.**
   Attn: Remittance Processing
   PO Box 650070
   Dallas, TX 75265-0070

Account number  870651965   (2)
Jennifer M Harrison
Moses Harrison
9268 Sharnbrook Ln.
Jacksonville, FL 32244

SEE OTHER SIDE FOR IMPORTANT INFORMATION    9150

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

08/01/2011         $1,723.84
Please update e-mail information on the reverse side of this coupon.

Additional Principal

Additional Escrow

Check total

87065196520000017238400017964 1

⑆586990058⑆ 870651965⑈

## HOME LOAN DETAILS

**Monthly payment breakdown as of 07/01/2011**
| | |
|---|---:|
| Principal and/or interest payment | $1,451.33 |
| Escrow payment amount | 272.51 |
| **Total monthly home loan payment** | **$1,723.84** |

**Loan type and term**
| | |
|---|---:|
| Loan type | 30 Yr Conventional |
| Contractual remaining term | 26 Years, 11 Months |
| Interest rate | 7.250% |

### Escrow account expenses

We are responsible for the payment of the following escrow items with the exception of the items marked with an asterisk (*).
The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---:|
| * Homeowners insurance | Cypress Prop and Casualty | FYN8058362 | Annual | 07/08/2012 | 926.00 |
| County taxes | Duval County Tax Collector | 016430-8568 | Annual | 11/01/2011 | 2,804.47 |

### Home loan activity since your last statement

There was no activity on your account for the period covered in this statement.

For a detailed listing of home loan activity, please see **Payments, Advances, and Fee Summary**.

## TO CONTACT US

**CREDIT REPORTING NOTICE**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**For up-to-the-minute information about the account,** use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183**, Mon - Fri, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.
TDD 1.800.300.6407
**Please have the account number available when you call.**

Or write to us at:
The address for general inquiries and all RESPA Qualified Written Requests is:
Bank of America, N.A., Attn:
Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211
Insurance Dept., PO Box 961291, Fort Worth, TX 76161-0291
Payments, Attn: Remittance Processing PO Box 650070, Dallas, TX 75265-0070
*Overnight deliveries Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020, 1950 N Stemmons FWY, Dallas, TX 75207-3134
Our website www.bankofamerica.com
Your account information is available in Spanish on the site mentioned above.
*The facility at this address does not accept walk-up payments, it accepts overnight mail only. Payments can be made by Phone, Online, Mail, or at Bank of America Banking Centers.



 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number **870651965**
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Jennifer M Harrison
E-mail address

Moses Harrison
E-mail address

**How we post your payment:** All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited or limited by law. If you submit an amount in addition to your scheduled monthly amount, we will apply your payments as follows: (i) to outstanding monthly payments of principal and interest, (ii) escrow deficiencies, (iii) late charges and other amounts you owe in connection with your loan and (iv) to reduce the outstanding principal balance of your loan. Please specify if you want an additional amount applied to future payments, rather than principal reduction.
**Postdated checks** will be processed on the date received unless a loan counselor agrees to honor the date written on the check as a condition of a repayment plan. Payments by phone received by 6:00 PM Pacific Time on a business day will be effective the same day. Payments by phone received after 6:00 PM Pacific Time or on a nonbusiness day/holiday will be applied to your account no later than the next business day.

For all full month payment periods, interest is calculated on a monthly basis. Accordingly, interest for all full months, including February, is calculated as 30/360 of annual interest, irrespective of the actual number of days in the month. For partial months, interest is calculated daily on the basis of a 365 day year.

**Bank of America** Case 3:11-bk-01530-JAF   Doc 35   Filed 10/20/11   Page 5 of 6

**Home Loans**              FOR INFORMATION PURPOSES

## PAYMENTS, ADVANCES, and FEE SUMMARY

Account Activity for reporting period 06/02/2011 through 07/01/2011

| FUNDS RECEIVED DETAILS | Date | Description | | Amount |
|---|---|---|---|---|
| | There was no activity on your account for the period covered in this statement. | | | |

| FEE ACTIVITY | Date | Description | Debit | Credit |
|---|---|---|---|---|
| | There was no activity on your account for the period covered in this statement. | | | |
| | | | Total Fees For This Period | $0.00 |

| OUTSTANDING FEE SUMMARY | Outstanding Fee balances as of 07/01/2011 | |
|---|---|---|
| | Description | Balance |
| | There was no activity on your account for the period covered in this statement. | |
| | Total Outstanding Fees Unpaid | $0.00 |

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

**Bank of America** 3:11-bk-01530-JAF   Doc 35   Filed 10/20/11   Page 6 of 6

**Home Loans**

Customer Service
P.O. Box 940435
Simi Valley, CA 93094-0435

Notice Date: 07/16/2011
Account No.: 870651965
Property address:
9268 Sharnbrook Ln.
Jacksonville, FL 32244

```
0009605 01 AV 0.337 **AUTO T6 0 9150 32201-4308
MSR TL AG 0703-----0--2--T C0000077 IN P09614
DOUGLAS W. NEWAY
P.O. BOX 4308
JACKSONVILLE FL 32201-4308
```

Pursuant to an Agreement with the Federal Trade Commission, Bank of America, N.A. is required to provide Chapter 13 trustees with a written informational notice on a monthly basis.

Please find enclosed a copy of this month's informational notice for the following:
Jennifer M Harrison
Moses Harrison

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.